## A10A2104. BETHEL v. FLEMING.
(741 SE2d 662)

MILLER, Judge.

In *Leitch v. Fleming*, 291 Ga. 669 (732 SE2d 401) (2012), the Supreme Court of Georgia reversed the judgment of this Court in *Bethel v. Fleming*, 310 Ga. App. 717 (713 SE2d 900) (2011). Therefore, we vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this Court.

*Judgment reversed. Ellington, C. J., and Doyle, P. J., concur.*

DECIDED APRIL 15, 2013.

*Indermark Vaishnav, Howard W. Indermark, Benjamin D. Goldberg,* for appellant.

*Leonora Grant, Matthew McCoyd, Assistant District Attorneys,* for appellee.